Andrew Zollinger, State Bar No. 24063944
andrew.zollinger@dlapiper.com
DLA Piper LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas 75201-4629
Telephone: (214) 743-4500
Facsimile: (214) 743-4545

*Counsel For The Debtors*

Thomas R. Califano (admitted *pro hac vice*)
Dienna Corrado (admitted *pro hac vice*)
thomas.califano@dlapiper.com
dienna.corrado@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Daniel M. Simon (admitted *pro hac vice*)
daniel.simon@dlapiper.com
DLA Piper LLP (US)
One Atlantic Center
1201 West Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 736-7800
Facsimile: (404) 682-7800

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| 4 West Holdings, Inc. *et al.*,[1] | § § | Case No. 18-30777 (HDH) |
| Debtors. | | (Jointly Administered) |

-------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| 4 WEST HOLDINGS, INC. et al.,[2] | § § | |
| Plaintiffs, | § § | ADV. PRO. _____ |
| v. | § § | |
| OMEGA HEALTHCARE INVESTORS, INC. *et al.*,[3] | § § § | |
| Defendants. | | |

---

[1]     A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, is attached hereto as **Exhibit A**.

[2]     A list of the Plaintiffs in these adversary proceeding is attached hereto as **Exhibit B**.

[3]     A list of the Defendants in these adversary proceeding is attached hereto as **Exhibit C**.

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Upon the Motion for Summary Judgment (the "Motion")[4] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order pursuant to Rule 7056 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), declaring that that certain agreements dated November 27, 2013, titled "Master Lease Agreement (South East Region)" and "Master Lease Agreement (Indiana Region)" that were entered into by Defendants and Plaintiffs (the "Master Leases") are in fact a financing agreements and not true leases, under applicable state laws and as required by Section 365 of Title 11 of the United States Code (the "Bankruptcy Code"), all as more fully described in the Motion; and upon consideration of the Brief in Support of the Motion, Declaration of Trey Blalock, Appendix and all documents annexed to the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided as reflected in the Motion and certificates of service on file in these chapter 11 cases, and it appearing that no other or further notice need be provided; and upon the Court being satisfied based on the representations made in the Motion and supporting documents, that the economic substance of the Master Leases are that of financing agreements and not true leases; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and

---

[4] All capitalized terms not defined herein shall have the same meaning ascribed to term in the Application.

all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and notice of the Motion appearing to be adequate and appropriate under the circumstances; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby

   **ORDERED** that Plaintiffs' Motion for Summary Judgment is **GRANTED** in its entirety; and it is further

   **ORDERED** that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and it is further

   **ORDERED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

   **ORDERED** that the Court retains jurisdiction with respect to all matters arising from, or related to, the interpretation and implementation of this Order; and it is further

   **ORDERED** that notice of the Motion as provided herein shall be deemed good and sufficient notice of the Motion.

   **IT IS SO ORDERED**.

   SIGNED this _____ day of _____  _____ 20___.


   _____
   JUDGE PRESIDING

## EXHIBIT A

### (Sorted alphabetically)

| | Debtor Name | Case No. | EIN |
|---|---|---|---|
| | 4 West Holdings, Inc. | 18-30777 | 9732 |
| | 4 West Investors, LLC | 18-30778 | 6021 |
| | Aiken RE, LLC | 18-30850 | 1814 |
| | Ambassador Rehabilitation and Healthcare Center, LLC | 18-30879 | 1636 |
| | Anchor Rehabilitation and Healthcare Center of Aiken, LLC | 18-30868 | 9448 |
| | Anderson RE TX, LLC | 18-30774 | 3630 |
| | Anderson RE, LLC | 18-30861 | 1806 |
| | Ark II Real Estate, LLC | 18-30840 | 3628 |
| | Ark III Real Estate, LLC | 18-30847 | 0121 |
| | Ark Mississippi Holding Company, LLC | 18-30788 | 3765 |
| | Ark Real Estate, LLC | 18-30809 | 6014 |
| | Ark South Carolina Holding Company, LLC | 18-30856 | 0002 |
| | Ark Texas Holding Company, LLC | 18-30806 | 3739 |
| | Battle Ground RE, LLC | 18-30825 | 1818 |
| | Brushy Creek Rehabilitation and Healthcare Center, LLC | 18-30884 | 3292 |
| | Bryan RE, LLC | 18-30775 | 3633 |
| | Burleson RE, LLC | 18-30759 | 1777 |
| | Capstone Rehabilitation and Healthcare Center, LLC | 18-30878 | 7871 |
| | Charlottesville Pointe Rehabilitation and Healthcare Center, LLC | 18-30801 | 4467 |
| | Charlottesville RE, LLC | 18-30829 | 0836 |
| | Cleveland RE, LLC | 18-30811 | 6013 |
| | Clinton RE, LLC | 18-30812 | 8109 |
| | Cobblestone Rehabilitation and Healthcare Center, LLC | 18-30869 | 1612 |
| | Collierville RE, LLC | 18-30841 | 8845 |
| | Columbia RE, LLC | 18-30815 | 8838 |
| | Columbia Rehabilitation and Healthcare Center, LLC | 18-30795 | 6772 |
| | Comfort RE, LLC | 18-30764 | 1902 |
| | Connersville RE, LLC | 18-30833 | 9824 |
| | Corinth RE, LLC | 18-30814 | 1777 |
| | Cornerstone Rehabilitation and Healthcare Center, LLC | 18-30800 | 8841 |
| | Crystal Rehabilitation and Healthcare Center, LLC | 18-30807 | 8842 |
| | Delta Rehabilitation and Healthcare Center of Cleveland, LLC | 18-30792 | 7212 |
| | Descending Dove, LLC | 18-30842 | 8081 |
| | Diboll RE, LLC | 18-30766 | 1939 |
| | Easley RE II, LLC | 18-30857 | 1819 |
| | Easley RE, LLC | 18-30854 | 1817 |

| Debtor Name | Case No. | EIN |
|---|---|---|
| Edgefield RE, LLC | 18-30836 | 3574 |
| Farmville RE, LLC | 18-30831 | 3442 |
| Farmville Rehabilitation and Healthcare Center, LLC | 18-30804 | 4464 |
| Fleetwood Rehabilitation and Healthcare Center, LLC | 18-30888 | 9615 |
| Fortress Health & Rehab of Rock Prairie, LLC | 18-30765 | 1314 |
| Granbury RE, LLC | 18-30769 | 1999 |
| Great Oaks RE, LLC | 18-30819 | 1731 |
| Great Oaks Rehabilitation and Healthcare Center, LLC | 18-30780 | 4357 |
| Greenville RE II, LLC | 18-30846 | 1798 |
| Greenville RE, LLC | 18-30843 | 1797 |
| Greenville Rehabilitation and Healthcare Center, LLC | 18-30882 | 3920 |
| Greenwood RE, LLC | 18-30816 | 1654 |
| Greer RE, LLC | 18-30839 | 1795 |
| Greer Rehabilitation and Healthcare Center, LLC | 18-30859 | 9462 |
| Grenada RE, LLC | 18-30821 | 1623 |
| Grenada Rehabilitation and Healthcare Center, LLC | 18-30786 | 8843 |
| Heritage Park Rehabilitation and Healthcare Center, LLC | 18-30787 | 9055 |
| Hillsville RE, LLC | 18-30834 | 2195 |
| Hillsville Rehabilitation and Healthcare Center, LLC | 18-30808 | 4463 |
| Holly Lane Rehabilitation and Healthcare Center, LLC | 18-30797 | 9103 |
| Holly RE, LLC | 18-30830 | 1816 |
| Holly Springs RE, LLC | 18-30823 | 1559 |
| Holly Springs Rehabilitation and Healthcare Center, LLC | 18-30789 | 6524 |
| Indianola RE, LLC | 18-30822 | 6022 |
| Indianola Rehabilitation and Healthcare Center, LLC | 18-30779 | 7203 |
| Italy RE, LLC | 18-30761 | 2086 |
| Iva RE, LLC | 18-30852 | 1801 |
| Iva Rehabilitation and Healthcare Center, LLC | 18-30874 | 0384 |
| Johns Island Rehabilitation and Healthcare Center, LLC | 18-30891 | 4898 |
| Joy of Bryan, LLC | 18-30837 | 4072 |
| Lampstand Health & Rehab of Bryan, LLC | 18-30767 | 2002 |
| Linley Park Rehabilitation and Healthcare Center, LLC | 18-30890 | 0525 |
| Macon Rehabilitation and Healthcare Center, LLC | 18-30880 | 9644 |
| Magnified Health & Rehab of Anderson, LLC | 18-30773 | 9060 |
| Manna Rehabilitation and Healthcare Center, LLC | 18-30863 | 9441 |
| Marietta RE, LLC | 18-30867 | 1809 |
| McCormick RE, LLC | 18-30864 | 1808 |
| McCormick Rehabilitation and Healthcare Center, LLC | 18-30873 | 3193 |
| Memphis RE, LLC | 18-30844 | 8846 |
| Midland RE, LLC | 18-30832 | 5138 |
| Midland Rehabilitation and Healthcare Center, LLC | 18-30799 | 9679 |
| Moultrie RE, LLC | 18-30848 | 9943 |

| | Debtor Name | Case No. | EIN |
|---|---|---|---|
| | Mountain View Rehabilitation and Healthcare Center, LLC | 18-30798 | 9227 |
| | Natchez RE, LLC | 18-30818 | 6019 |
| | Natchez Rehabilitation and Healthcare Center, LLC | 18-30803 | 6773 |
| | New Ark Master Tenant, LLC | 18-30885 | 7893 |
| | New Ark Operator Holdings, LLC | 18-30893 | 7623 |
| | New Redeemer Health & Rehab of Pickens, LLC | 18-30881 | 5321 |
| | Olive Leaf Holding Company, LLC | 18-30845 | 0129 |
| | Olive Leaf, LLC | 18-30866 | 0001 |
| | Omega Health & Rehab of Greenville, LLC | 18-30870 | 9461 |
| | Orianna Health Systems, LLC | 18-30785 | 5160 |
| | Orianna Holding Company, LLC | 18-30784 | 1323 |
| | Orianna Investment, Inc. | 18-30781 | 1141 |
| | Orianna SC Operator Holdings, Inc. | 18-30871 | 0383 |
| | Palladium Hospice and Palliative Care, LLC | 18-30887 | 1873 |
| | Patewood Rehabilitation and Healthcare Center, LLC | 18-30865 | 9457 |
| | Picayune RE, LLC | 18-30827 | 9749 |
| | Picayune Rehabilitation and Healthcare Center, LLC | 18-30793 | 9183 |
| | Pickens RE II, LLC | 18-30862 | 1823 |
| | Pickens RE, LLC | 18-30860 | 1821 |
| | Piedmont RE, LLC | 18-30849 | 1800 |
| | Poinsett Rehabilitation and Healthcare Center, LLC | 18-30876 | 0713 |
| | Poplar Oaks Rehabilitation and Healthcare Center, LLC | 18-30813 | 4771 |
| | Portland RE, LLC | 18-30826 | 1822 |
| | Provo RE, LLC | 18-30835 | 3568 |
| | Rainbow Rehabilitation and Healthcare Center, LLC | 18-30802 | 4772 |
| | River Falls Rehabilitation and Healthcare Center, LLC | 18-30886 | 9788 |
| | Riverside Rehabilitation and Healthcare Center, LLC | 18-30883 | 3951 |
| | Rock Prairie RE, LLC | 18-30772 | 3636 |
| | Rocky Mount RE, LLC | 18-30838 | 5904 |
| | Rocky Mount Rehabilitation and Healthcare Center, LLC | 18-30810 | 4466 |
| | Roy RE, LLC | 18-30817 | 5142 |
| | Scepter Rehabilitation and Healthcare Center, LLC | 18-30872 | 1630 |
| | Scepter Senior Living Center, LLC | 18-30875 | 1621 |
| | Simpsonville RE II, LLC | 18-30858 | 1804 |
| | Simpsonville RE, LLC | 18-30855 | 1802 |
| | Simpsonville Rehabilitation and Healthcare Center, LLC | 18-30889 | 3564 |
| | Snellville RE, LLC | 18-30851 | 9933 |
| | Southern Oaks Rehabilitation and Healthcare Center, LLC | 18-30877 | 1141 |
| | The Bluffs Rehabilitation and Healthcare Center, LLC | 18-30796 | 9314 |
| | The Ridge Rehabilitation and Healthcare Center, LLC | 18-30892 | 1456 |

| | Debtor Name | Case No. | EIN |
|---|---|---|---|
| | Trinity Mission Health & Rehab of Connersville, LLC | 18-30805 | 8787 |
| | Trinity Mission of Burleson, LLC | 18-30762 | 2585 |
| | Trinity Mission of Comfort, LLC | 18-30763 | 2573 |
| | Trinity Mission of Diboll, LLC | 18-30768 | 2581 |
| | Trinity Mission of Granbury, LLC | 18-30771 | 2582 |
| | Trinity Mission of Italy, LLC | 18-30760 | 2576 |
| | Trinity Mission of Winnsboro, LLC | 18-30776 | 2583 |
| | Utah Valley Rehabilitation and Healthcare Center, LLC | 18-30782 | 9661 |
| | Vicksburg RE, LLC | 18-30828 | 0150 |
| | Victory Rehabilitation and Healthcare Center, LLC | 18-30794 | 9485 |
| | Wadesboro RE, LLC | 18-30853 | 9929 |
| | Wide Horizons RE, LLC | 18-30820 | 5144 |
| | Wide Horizons Residential Care Facility, LLC | 18-30790 | 9387 |
| | Winnsboro RE, LLC | 18-30770 | 2134 |
| | Woodlands Rehabilitation and Healthcare Center, LLC | 18-30791 | 9127 |
| | Yazoo City RE, LLC | 18-30824 | 8844 |
| | Yazoo City Rehabilitation and Healthcare Center, LLC | 18-30783 | 7216 |

## EXHIBIT B

### Names of Plaintiffs

4 West Holdings, Inc.

Orianna Health Systems, LLC f/k/a Covenant Dove, LLC

Aiken RE, LLC

Anderson RE, LLC

Ark III Real Estate, LLC

Ark Holding Company, Inc.

Ark Mississippi Holding Company, LLC

Ark Real Estate, LLC

Ark South Carolina Holding Company, LLC

Charlottesville RE, LLC

Cleveland RE, LLC

Clinton RE, LLC

Collierville RE, LLC

Columbia RE, LLC

Connersville RE, LLC

Corinth RE, LLC

Easley RE II, LLC

Easley RE, LLC

Edgefield RE, LLC

Farmville RE, LLC

Great Oaks RE, LLC

Greenville RE II, LLC

Greenville RE, LLC

Greenwood RE, LLC

Greer RE, LLC

Grenada RE, LLC

Hillsville RE, LLC

Holly Springs RE, LLC

Indianola RE, LLC

Iva RE, LLC

Marietta RE, LLC

McCormick RE, LLC

Memphis RE, LLC

Moultrie RE, LLC

Natchez RE, LLC

Orianna Investment, Inc. f/k/a New Ark Investment, Inc.

Orianna Holding Company, LLC f/k/a Covenant Dove Holding Company, LLC

Orianna SC Operator Holdings, Inc. f/k/a New Ark SC Operator Holdings, Inc.

Olive Leaf Holding Company, LLC

Olive Leaf, LLC

Picayune RE, LLC

Pickens RE II, LLC

Pickens RE, LLC

Piedmont RE, LLC

Rocky Mount RE, LLC

Simpsonville RE II, LLC

Simpsonville RE, LLC

Snellville RE, LLC

Vicksburg RE, LLC

Wadesboro RE, LLC

Yazoo City RE, LLC

## EXHIBIT C

## Names of Defendants

Omega Healthcare Investors, Inc.

OHI Asset RO, LLC

OHI Asset (GA) Moultrie, LLC

OHI Asset (GA) Snellville, LLC

OHI Asset (IN) Connersville, LLC

OHI Asset (MS) Byhalia, LLC

OHI Asset (MS) Cleveland, LLC

OHI Asset (MS) Clinton, LLC

OHI Asset (MS) Columbia, LLC

OHI Asset (MS) Corinth, LLC

OHI Asset (MS) Greenwood, LLC

OHI Asset (MS) Grenada, LLC

OHI Asset (MS) Holly Springs, LLC

OHI Asset (MS) Indianola, LLC

OHI Asset (MS) Natchez, LLC

OHI Asset (MS) Picayune, LLC

OHI Asset (MS) Vicksburg, LLC

OHI Asset (MS) Yazoo City, LLC

OHI Asset (NC) Wadesboro, LP f/k/a OHI Asset (NC) Wadesboro, LLC

OHI Asset (SC) Aiken, LLC

OHI Asset (SC) Anderson, LLC

OHI Asset (SC) Easley Anne, LLC

OHI Asset (SC) Easley Crestview, LLC

OHI Asset (SC) Edgefield, LLC

OHI Asset (SC) Greenville Griffith, LLC

OHI Asset (SC) Greenville Laurens, LLC

OHI Asset (SC) Greenville North, LLC

OHI Asset (SC) Greer, LLC

OHI Asset (SC) Marietta, LLC

OHI Asset (SC) McCormick, LLC

OHI Asset (SC) Pickens East Cedar, LLC

OHI Asset (SC) Pickens Rosemond, LLC

OHI Asset (SC) Piedmont, LLC

OHI Asset (SC) Simpsonville SE Main, LLC

OHI Asset (SC) Simpsonville West Curtis, LLC

OHI Asset (SC) Simpsonville West Broad, LLC

OHI Asset (TN) Bartlett, LLC

OHI Asset (TN) Collierville, LLC

OHI Asset (TN) Memphis, LLC

OHI Asset (VA) Charlottesville, LLC

OHI Asset (VA) Farmville, LLC

OHI Asset (VA) Hillsville, LLC

OHI Asset (VA) Rocky Mount, LLC