| | |
|---|---|
| Andrew Zollinger, State Bar No. 24063944 | Thomas R. Califano (admitted *pro hac vice*) |
| andrew.zollinger@dlapiper.com | Dienna Corrado (admitted *pro hac vice*) |
| DLA Piper LLP (US) | thomas.califano@dlapiper.com |
| 1717 Main Street, Suite 4600 | dienna.corrado@dlapiper.com |
| Dallas, Texas 75201-4629 | DLA Piper LLP (US) |
| Telephone: (214) 743-4500 | 1251 Avenue of the Americas |
| Facsimile: (214) 743-4545 | New York, New York  10020-1104 |
| | Telephone:  (212) 335-4500 |
| *Counsel For The Debtors* | Facsimile:  (212) 335-4501 |

Daniel M. Simon (admitted *pro hac vice*)
daniel.simon@dlapiper.com
DLA Piper LLP (US)
One Atlantic Center
1201 West Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 736-7800
Facsimile:  (404) 682-7800

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| 4 West Holdings, Inc. *et al.*,[1] | § | Case No. 18-30777 (HDH) |
| | § | |
| Debtors. | § | (Jointly Administered) |

---

| | | |
|---|---|---|
| 4 WEST HOLDINGS, INC. et al.,[2] | § | |
| | § | |
| Plaintiffs, | § | ADV. PRO. _____ |
| | § | |
| v. | § | |
| | § | |
| OMEGA HEALTHCARE INVESTORS, INC. | § | |
| *et al.*,[3] | § | |
| | § | |
| Defendants. | | |

---

[1]   A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, is attached as App. Ex. A at AAP 0018 - 0022.

[2]   A list of the Plaintiffs in this adversary proceeding is attached as App. Ex. B at AAP 0023 – 0025.

[3]   A list of the Plaintiffs in this adversary proceeding is attached hereto as App. Ex. C at AAP 0026 – 0028.

# APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT THEROF

Plaintiffs 4 West Holdings, Inc. et al. (collectively "Plaintiffs" or "Debtors") submit this Appendix in Support of Plaintiffs' Motion for Summary Judgment and Brief in Support thereof and relies upon the following, attached proof in that motion and accompanying brief and incorporates the same by reference therein:

| | |
|---|---|
| Ex. A | List of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, Appendix ("APP") AAP 0018 – 0022; |
| Ex. B | List of the Plaintiffs within this adversary proceeding, AAP 0023 – 0025; |
| Ex. C | List of the Defendants within this adversary proceeding, AAP 0026 – 0028; |
| Ex. D | Declaration of Trey Blalock in Support of Plaintiffs' Motion for Summary Judgement, AAP 0029 – 0569. |

Dated: July 27, 2018
Dallas, Texas

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Andrew Zollinger*
Andrew Zollinger, State Bar No. 24063944
DLA Piper LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas 75201-4629
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
Email: andrew.zollinger@dlapiper.com

-and-

> Thomas R. Califano (admitted *pro hac vice*)
> Dienna Corrado (admitted *pro hac vice*)
> 1251 Avenue of the Americas
> New York, New York 10020
> Telephone: (212) 335-4500
> Facsimile:  (212) 335-4501
> Email:  thomas.califano@dlapiper.com
>        dienna.corrado@dlapiper.com
> -and-
>
> Daniel M. Simon (admitted *pro hac vice*)
> One Atlantic Center
> 1201 West Peachtree Street, Suite 2800
> Atlanta, Georgia  30309
> Telephone:  (404) 736-7800
> Facsimile:  (404) 682-7800
> Email:  daniel.simon@dlapiper.com
>
> *Counsel for the Debtors*